FILED
CLERK, U.S. DISTRICT COURT

02/04/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF(S)<br>v.<br>Evaristo Contrera<br>DEFENDANT(S). | CASE NUMBER<br>5:22-mj-00072<br>21 cR 3292<br><br>**DECLARATION RE**<br>**OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: __Complaint__
in the __Southern__ District of __California__ on __02-04-2022__
at __6:30__ ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __3146__
to wit: __Failure to Appear for Bond__

A warrant for defendant's arrest was issued by: __Hon. Judge Berg__

Bond of $ __NO BAIL__ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02-04-22__
                   Date

_/s/ LAB_                                __Luis A. Bates__
Signature of Agent                       Print Name of Agent

__USMS__                                  __Deputy__
Agency                                    Title